UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-42 |
| | ) | (Phillips / Guyton) |
| WALTER HOLT, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court upon Defendant Walter Holt's Motion to Withdraw Motions Earlier Filed [Doc. 104].

Defendant Holt has filed one motion, Motion to Join Certain Motions Filed by Co-Defendants [Doc. 61], which was granted in part and denied in part by this Court's Order [Doc. 66] entered June 7, 2007. Mr. Holt's request to join Co-Defendant Todd Douglas' Motion for Designation as Complex [Doc. 38] was denied as moot. Mr. Holt's request to adopt Co-Defendant Douglas' Motion to Determine Existence of Conspiracy [Doc. 46] was granted. Thereafter, the Court entered a ruling on Motion to Determine Existence of Conspiracy [Doc. 46] by Order [Doc. 103] entered July 31, 2007.

1

Accordingly, Walter Holt has no other motions pending before the Court and his Motion to Withdraw Motions Earlier Filed **[Doc. 104]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

  s/ H. Bruce Guyton  
United States Magistrate Judge